Cite as 2021 Ark. App. 409

# ARKANSAS COURT OF APPEALS

DIVISION I

No. E–21–86

| | |
|---|---|
| CHARLES EDWARD CROSS<br>APPELLANT<br><br>V.<br><br><br>DIRECTOR, ARKANSAS DIVISION<br>OF WORKFORCE SERVICES<br>APPELLEE | **Opinion Delivered** October 27, 2021<br><br>APPEAL FROM THE  ARKANSAS<br>BOARD OF REVIEW<br>[NO. 2020-BR-01938]<br><br><br><br>APPEAL DISMISSED |

## N. MARK KLAPPENBACH, Judge

Charles Edward Cross filed this appeal from a decision of the Arkansas Board of Review.  In that decision, the Board reversed the Appeal Tribunal's denial of benefits and found Cross entitled to the benefits that he sought.  We dismiss the appeal.

Only a party aggrieved by the order in question can appeal that order.  *First Nat'l Bank v. Yancey*, 36 Ark. App. 224, 826 S.W.2d 287 (1991).  One who brings an appeal of an issue decided in his favor is not an aggrieved party with standing to raise the issue on appeal.  *McDonald's Corp. v. Hawkins*, 315 Ark. 487, 868 S.W.2d 78 (1994).  Because the Board decided this case in Cross's favor, his appeal must be dismissed.

Dismissed.

ABRAMSON and GLADWIN, JJ., agree.

*Charles Edward Cross*, pro se appellant.

*Cynthia L. Uhrynowcyz*, Associate General Counesel, for appellee.